NUMBER
13-08-00158-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

AIRGAS, INC. AND NEIL
PRESCOTT,                                     Appellants,

 

                                                             v.

 

MANUEL AND LYDIA
ELIZONDO,                                             Appellees. 

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 1

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                    Before
Justices Yañez , Rodriguez, and Garza

Memorandum Opinion
Per Curiam

 








Appellants
perfected an appeal from a judgment entered by the County Court at Law No. 1 of
Nueces County, Texas, in cause number 07-62262-1. 
Appellants have filed an unopposed motion to dismiss the appeal on grounds that
the underlying issues were resolved by agreement.  Appellants request that this
Court dismiss the appeal.

The
Court, having considered the documents on file and appellants’ unopposed motion
to dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a). 
Appellants’ motion to dismiss is granted, and the appeal is hereby DISMISSED.  Costs
will be taxed against appellants. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
appellants’ request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

6th day of May, 2010.